# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES ALEXANDER LOGAN,

    Plaintiff,

v.                          CASE NO. 3:19cv3513-MCR-EMT

SGT. MCCRANIE, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 10, 2019. ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2.      Plaintiff's federal claims against Defendants are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1);

3.      Plaintiff's state claims are **DISMISSED without prejudice** to his pursing them in state court; and

4.      The clerk of court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 19th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**